IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER ROMAIN MOSLEY, II,

    Plaintiff,                                No. CIV S-08-2473 GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an inappropriate request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

1       2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

2 In Forma Pauperis By a Prisoner.

3 DATED: 10/30/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
mosl2473.3c+new