1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   CHESTER ROMAIN MOSLEY, II,

10          Plaintiff,                    No. CIV S-08-2473 GGH P

11      vs.

12   ARNOLD SCHWARZENEGGER, et al.,

13          Defendants.                   ORDER

14   _____/

15          Plaintiff has requested a 60 to 90-day extension of time to file an affidavit in

16   support of his request to proceed in forma pauperis pursuant to the court's order of October 30,

17   2008.

18          Accordingly, IT IS ORDERED that:

19          1.  Plaintiff's November 10, 2008, request for an extension of time (Docket No. 9)

20   is partially granted;

21          2.  Plaintiff is granted an additional thirty days, or until December 29, 2008, to file

22   an affidavit in support of his request to proceed in forma pauperis; and

23          3.  There will be no further extension of time.

24   DATED: November 18, 2008

                                          /s/ Gregory G. Hollows
25                                        _____
                                          GREGORY G. HOLLOWS
26                                        UNITED STATES MAGISTRATE JUDGE

GGH:kly - mosl2473.36