IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER ROMAIN MOSLEY, II,

    Plaintiff,                   No. CIV S-08-2473 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the December 4, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 18, 2008 request for an extension of time (Docket No. 13) is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file objections to the December 4, 2008, findings and recommendations; and

        3. There will be no further extension of time.

DATED: December 23, 2008

                                    /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
mosl2473.36(2)